**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Hidden Lakes Development Partners, LP

Appellate case number:   01-22-00152-CV

Trial court case number: 2019-26660

Trial court:             164th District Court of Harris County

    Hidden Lakes Development Partners, LP (HLDP) has filed a petition for writ of mandamus which is pending in this Court.  On July 8, 2022, HLDP filed a motion to stay the trial set for August 8, 2022.  Real parties in interest oppose this motion.

    The Court **grants** the motion and **orders the trial set for August 8, 2022, stayed** pending disposition of this petition for writ of mandamus.

    It is so ORDERED.


Judge's signature: /s/ Peter Kelly
                   ☑Acting individually     ☐ Acting for the Court


Date:  July 22, 2022